FEBRUARY 22, 1977

No. 76–712. STEWART *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Idaho. THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would dismiss appeal for want of jurisdiction.

No. 76–757. STERLING COLORADO BEEF CO. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Colo.

No. 76–818. FITCH, JUDGE, ET AL. *v.* SILVA ET AL. Affirmed on appeal from D. C. W. D. Tex.

No. 76–5926. MENDES ET AL. *v.* COUGHENOUR, COURT ADMINISTRATOR FOR NEW MEXICO. Affirmed on appeal from D. C. N. M.

No. 76–5929. BISSON *v.* NEW HAMPSHIRE. Affirmed on appeal from Sup. Ct. N. H.

No. 76–734. INGALLS IRON WORKS CO. *v.* CHILIVIS, REVENUE COMMISSIONER. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.